| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Nicholas McIntyre<br>Special Agent: Brady Rees | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Antonio Nickerson

Case No. 2:25-mj-30716
Judge: Unassigned,
Filed: 11-21-2025 At 08:30 PM
CMP USA V. NICKERSON (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brady Rees, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 21, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brady W. Rees, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since January 2016. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

2. As an ATF Special Agent, I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Novi, Michigan, for approximately three years. I also have a bachelor's degree in criminal justice. 3. As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug trafficking, and criminal street gangs.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by

myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Antonio NICKERSON, for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.   CRIMINAL HISTORY

5. I reviewed records related to NICKERSON's criminal history and learned the following:

    a. On February 27, 2018, NICKERSON was arrested by the Monroe County Sheriff Department for felony larceny and felony fraudulent activities. On May 18, 2018, NICKERSON pleaded guilty to one count of felony financial transaction device – stealing/retaining without consent. On or about August 2, 2018, NICKERSON was sentenced to a term of 116 days' incarceration in the Monroe County Jail, followed by probation;

    b. On December 23, 2019, NICKERSON was arrested by the Macomb County Sheriff Office for felony traffic offense, felony stolen property, felony assault excluding sexual, misdemeanor

traffic offense, and misdemeanor larceny. On December 8, 2020, NICKERSON plead no contest to one count felony police officer – fleeing – third degree, one count felony stolen property – receiving and concealing – motor vehicle, one count felony police officer – assaulting/resisting/obstructing, and one count misdemeanor breaking & entering a vehicle to steal property $200 or more, but less than $1,000. NICKERSON was later sentenced to 365 days in jail and probation for a period of 730 days;

c.  On January 14, 2025, NICKERSON was arrested by ATF agents and Detroit Police Task Force Officers for assault with intent to murder. On the same date, a Glock firearm with a machinegun conversion device attached was found inside his residence. On February 25, 2025, NICKERSON was charged with one count felony – firearms – devices to convert semiautomatic to automatic, one count weapons – firearms – possession by prohibited person, two counts weapons – felony firearm, one count habitual offender – fourth offense out of the 23rd District Court in Taylor, Michigan and arraigned. NICKERSON failed to appear for his preliminary exam at 23rd District Court, in

3

Taylor, Michigan. This case is still pending;

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of NICKERSON's convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that NICKERSON has previously been charged with the offense of felon in possession of a firearm, there is probable cause to believe that NICKERSON is aware of his status as a convicted felon.

### III. PROBABLE CAUSE

3. On November 19, 2025, Detroit Police conducted an operation to arrest Antonio NICKERSON for his role in an October 14, 2025 homicide, which occurred in Detroit, Michigan. During the operation, members of Detroit Police Headquarters Surveillance watched NICKERSON leave an apartment on Telegraph Road in Detroit, Michigan and get into the rear passenger seat of a silver 2016 Chevrolet Equinox. The driver and front seat passenger of the vehicle were both young women.

4. Officers attempted to conduct a traffic stop on the Equinox at Centralia Street and Cambridge Street. The vehicle failed to stop and fled from police eastbound on Cambridge Street. The Equinox fled to the area of Midland Ave and Lenore Street, where the vehicle stopped at a dead end on Lenore Street, in Redford,

4

Michigan.

5. An officer observed NICKERSON exit the Equinox from the driver's door and run southbound on Lenore Street. NICKERSON tripped and fell at the intersection of Lenore Street and Wormer Street, Redford, Michigan, and was taken into custody. Officers removed the two women from the Equinox—A.S. from the driver's seat and K.W. from the rear passenger seat.

6. Officers conducted an inventory search of the Equinox and found one (1) Glock, 40 Gen 4, 10 mm caliber, pistol with component part for a machinegun conversion device attached, loaded with an extended magazine containing 10 mm ammunition.

7. A.S. told officers she picked up NICKERSON from an apartment complex on Telegraph Road in Detroit. A.S. stated that when officers tried to pull her over, NICKERSON climbed over to the driver's seat and took control of the vehicle while she moved to the front passenger seat. A.S. stated that when NICKERSON fled from the Equinox, she had to stop the car by pressing on the brake. A.S. told officers she only learned the gun was in the car when she put her foot on the brake.

8. On November 20, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Michael Jacobs, and provided information about the Glock, 40 Gen 4, 10 mm caliber, pistol. SA Jacobs concluded that the firearm was manufactured

5

outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## IV. CONCLUSION

9. Probable cause exists to believe that on November 19, 2025, Antonio NICKERSON knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

_____
Brady Rees, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Dated: _November 21, 2025_

6